United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 2, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-31122
Summary Calendar

HANY A. ZOHDY,

Plaintiff-Appellant,

versus

CHARLES B. PLATSMIER, Louisiana Chief Disciplinary Counsel;
LOUISIANA DISCIPLINARY BOARD; THE SUPREME COURT OF LOUISIANA, In
Its Supervisory Capacity,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:05-CV-305
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

For the reasons explained by the magistrate judge, defendant
Plattsmier is entitled to prosecutorial immunity and the other
defendants are entitled to state sovereign immunity.

AFFIRMED. *See* 5TH CIR. R. 47.6

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.